## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLAUDIO GASTON RODRIGUEZ, and MARIA LAURA VARELA DE RODRIGUEZ,** | |
| **Plaintiffs** | **Case No.** 1:19-cv-03153-RC |
| **-Against-** | **JOINT MOTION TO DISMISS APPLICATION FOR PRELIMINARY INJUNCTION** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States,** | |
| **Defendant** | |

The parties jointly move the Court to dismiss plaintiffs' application for preliminary injunction with prejudice, with the understanding that the dismissal of the application will have no effect upon the validity of the Court's Order of December 13, 2019. The parties advise the Court that, on December 16, 2019, Defendant approved the subject employment authorization applications for a two-year period, commencing on December 16, 2019.

/s/ Michael E. Piston
MICHAEL E. PISTON (#MI 002)
Attorney at Law
225 Broadway, Ste. 307
New York, NY 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

Attorney for Plaintiffs

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ April Denise Seabrook
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

Counsel for Defendant

So Ordered:

HON. RUDOLPH CONTRERAS
United States District Judge
Dated: 12/16/2019

1