# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLAUDIO GASTON RODRIGUEZ, and MARIA LAURA VARELA DE RODRIGUEZ,**<br><br>**Plaintiffs**<br><br>**-Against-**<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the United States,**<br><br>**Defendant** | **Case No.** 1:19-cv-03153-RC |

# VOLUNTARY DISMISSAL

TAKE NOTICE:

This action is dismissed by the Plaintiffs in its entirety.

The dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully Submitted this 7th day of January , 2020.

    s/*Michael E. Piston*
    Michael E. Piston (MI 002)
    Attorney for Plaintiff
    225 Broadway,
    Suite 307
    New York , NY, 10007
    Ph: 646-845-9895
    Fax: 206-770-6350
    Email: michaelpiston4@gmail.com